IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEMETRIUS CURTIS,**                                                                             **PLAINTIFF**
**ADC #120225**

v.                              Case No. 5:14-cv-00090-KGB-JJV

**GIBSON, Deputy Warden, Delta**
**Regional Unit;** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff's allegation against defendant Toni Perry is dismissed for failure to state a claim on which relief may be granted.

SO ORDERED this the 12th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE