**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DEMETRIUS CURTIS,**                                                                    **PLAINTIFF**
**ADC #120225**

**v.**                              **Case No. 5:14-cv-00090-KGB-JJV**

**GIBSON, Deputy Warden, Delta**
**Regional Unit;** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that

this case is dismissed with prejudice.

SO ADJUDGED this the 7th day of July, 2015.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE